IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| B.L. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE NO.: |
| | : | |
| v. | : | 1:25-cv-06268-SDG |
| | : | |
| DAKSH & LAKSHITA LLC, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SETTLEMENT**

Plaintiff B.L. hereby notifies the Court that she and Defendant Daksh & Lakshita LLC have reached a settlement. Plaintiff anticipates that completion of the settlement process and dismissal of this action will take approximately 45 additional days.

This 22nd day of April, 2026.

**THE STODDARD FIRM**

*/s/ Patrick J. Hannon*
Matthew B. Stoddard, Esq.
Georgia Bar No. 558215
Patrick J. Hannon, Esq.
Georgia Bar No. 074321
THE STODDARD FIRM
1534 N Decatur Road

P: 470-467-2200
F: 470-467-1300
matt@LegalHelpGa.com
pat@legalhelpga.com
***Attorneys for Plaintiff***

## CERTIFICATE OF COMPLIANCE & SERVICE

This is to certify that the foregoing document has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the pleading was prepared using Times New Roman font, point 14. I further certify that I have served a true and correct copy of the foregoing upon all counsel of record using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

**Counsel for Defendant**
Jennifer C. Adair, Esq.
Cecilia A. Walker, Esq.
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Ste. 1600
Atlanta, GA 30339
jadair@fmglaw.com
Cecilia.walker@fmglaw.com

This 22nd day of April, 2026.

*/s/ Patrick J. Hannon*
Patrick J. Hannon