IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| B.L. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE NO.: |
| | : | |
| v. | : | 1:25-cv-06268-SDG |
| | : | |
| DAKSH & LAKSHITA LLC, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Plaintiff B.L. and Defendant Daksh & Lakshita LLC as all parties who have appeared in this action, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss this action ***with prejudice*** with all parties to bear their own costs and legal fees.

*(signatures on following page)*

This 15th day of May, 2026.

**THE STODDARD FIRM**

*/s/ Matthew B. Stoddard*
Matthew B. Stoddard, Esq.
Georgia Bar No. 558215
Patrick J. Hannon, Esq.
Georgia Bar No. 074321
***Attorneys for Plaintiff***
1534 N. Decatur Road
Atlanta, Georgia 30307
PHONE: (470) 467-2200
matt@legalhelpga.com
pat@legalhelpga.com

**FREEMAN MATHIS & GARY, PPC**

*/s/ Allyson S. Brumett (with E.P.)*
Jennifer C. Adair
Georgia Bar No. 001901
Allyson S. Brumett
Georgia Bar No. 795126
***Attorneys for Defendant***
100 Galleria Parkway
Suite 1600
Atlanta, Ga 30339
PHONE: 770-818-0000
jadair@fmglaw.com
allyson.brumett@fmglaw.com

## CERTIFICATE OF COMPLIANCE & SERVICE

This is to certify that the foregoing document has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the pleading was prepared using Times New Roman font, point 14. I further certify that I have served a true and correct copy of the foregoing upon all counsel of record using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

**Counsel for Defendant**
Jennifer C. Adair, Esq.
Allyson S. Brumett, Esq
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Ste. 1600
Atlanta, GA 30339
jadair@fmglaw.com
allyson.brumett@fmglaw.com

This 15th day of May 2026.

*/s/ Matthew B. Stoddard*
Matthew B. Stoddard